IN THE UNITED STATWS DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**GERARDO BOSCH WARNER, et al.,**
**Plaintiffs**

**v.**                                                    **CIVIL NO. 06-1172(DRD)**

**SANTIAGO OTERO, et al.,**
**Defendants**

| MOTION | ORDER |
|---|---|
| **Date Filed: 06/29/06** <br> <u>**Docket #7**</u> <br> [X] **Plaintiff** <br> [ ] **Defendant** <br> **Title:** Motion for Voluntary Dismissal With Prejudice | **GRANTED.** Because plaintiffs and defendants have appeared requesting the voluntary dismissal of plaintiffs's claims against the defendants with prejudice, the Court hereby pursuant to Rule 41(a)(1)(ii), Fed.R.Civ.P., the Court **DISMISSES** plaintiffs claims against all defendants **WITH PREJUDICE**. **Judgment** shall be entered accodingly. **This case is closed for all administrative purposes.** |
| **Date Filed: 06/30/06** <br> <u>**Docket #84**</u> <br> [ ] **Plaintiff** <br> [X] **Defendant** <br> **Title:** Motion To Comply With Order as to Voluntary Dismissal | **NOTED.** |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico, this 30th day of June 2006.

                                         **S/DANIEL R. DOMINGUEZ**
                                         **DANIEL R. DOMINGUEZ**
                                           **U.S. DISTRICT JUDGE**